THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARCHITECTS' OFFICES, INC., Appellant, *v.* WILLIAM C. ORMOND et al., Constituting the Board of Assessors of the City of New York, Respondents.

*Streets — change of grade — New York city — mandamus to compel board of assessors of city of New York to determine claim for damage to real property by reason of erection of viaduct in Park avenue properly denied.*

*People ex rel. Architects' Office, Inc.,* v. *Ormond,* 201 App. Div. 787, affirmed.

(Argued October 4, 1922; decided October 24, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1922, which reversed an order of Special Term granting a motion for a peremptory order of mandamus to compel the board of assessors of the city of New York to determine the amount of damage to real property of relator, corner of Park avenue and Fortieth street, occasioned by the erection of a viaduct in Park avenue, between Fortieth and Forty-second streets, and denied said motion. Relator's claim was disallowed for the reason that the building had been erected after the establishment of the 1912 grade, and not in conformity therewith, and that the change of grade adopted in 1918 was deemed to have been an advantage rather than a detriment to the property.

*James R. Deering* and *James J. Dunn* for appellant.

*John P. O'Brien,* Corporation Counsel (*Charles J. Nehrbas* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.